# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Case No: 19-34439 |
| Elizabeth V. Grossnickle-Valencia, | Chapter: 13 |
| Debtor. | Hon. LaShonda A. Hunt |

## WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Carrington Mortgage Services, LLC, through its attorneys, Randall S. Miller & Associates, hereby withdraws the Motion for Relief from Automatic Stay filed on July 22, 2020 as Docket Entry #24.

Dated: July 24, 2020

Respectfully Submitted,

Randall S. Miller & Associates, LLC
*/s/ James Major*
James Major
Attorney for Creditor
120 N. LaSalle Street, Suite 1140
Chicago, IL 60602
(248) 335-9200
bankruptcy@rsmalaw.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Case No: 19-34439 |
| Elizabeth V. Grossnickle-Valencia, | Chapter: 13 |
| Debtor. | Hon. LaShonda A. Hunt |

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that I have served a copy of this Withdrawal of Motion for Relief from Automatic Stay upon the parties listed below, as to the U.S. Trustee, CH 13 Trustee and Debtor's attorney via electronic notice on July 24, 2020 and as to Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 43252 Woodward Avenue, Bloomfield Hills, MI 48302 before the hour of 5:00 PM on July 24, 2020.

Debtor
Elizabeth V. Grossnickle-Valencia
1591 Hewes Street
Crete, IL 60417
**VIA REGULAR MAIL**

Trustee
Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532
**VIA ECF**

Debtor's Attorney
David M. Siegel
790 Chaddick Drive
Wheeling, IL 60090
**VIA ECF**

U.S. Trustee
Patrick S. Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
**VIA ECF**

/s/ Matthew Grubba
Matthew Grubba

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.