# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Case No: 19-34439 |
| Elizabeth V. Grossnickle-Valencia, | Chapter: 13 |
| Debtor. | Hon. Judge: LaShonda A. Hunt |

## CREDITOR'S DECLARATION OF DEBTOR'S REQUEST FOR TEMPORARY FORBEARANCE DUE TO THE COVID-19 EMERGENCY

Now comes Carrington Mortgage Services, LLC ("Creditor"), by and through undersigned counsel, Randall S. Miller & Associates, LLC, and hereby submits this Declaration to the Court as notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 emergency, the Debtor has requested – and Creditor has provided – a temporary suspension of mortgage payments.

Debtor recently contacted Creditor requesting a forbearance period of three (3) months which allows Debtor to elect to not tender mortgage payments to Creditor that would come due on the mortgage starting May 2020 through July 2020. During this forbearance period, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification.

Per the request, Debtor will resume Mortgage payments beginning August 2020 and will be required to cure the delinquency created by the forbearance period. During the forbearance period and up to and including the time when that period ends, Creditor will work with Debtor, Debtor's attorney (if applicable) and the bankruptcy trustee on how to address the suspended payments in the long-term, including obtaining any necessary court consent and approval. This Declaration does not constitute an amendment or modification to Debtor's plan of reorganization, and does

not relieve Debtor of the responsibility to amend or modify the plan or reorganization to reflect the forbearance agreement, if required.

      If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period. Creditor may continue to file notices in compliance with Fed. Rule Bankr. P. 3002.1.

                                    Respectfully Submitted,
                                    Randall S. Miller & Associates, LLC

Dated: October 7, 2020                  */s/ James Major*
                                              James Major
                                              Attorney for Creditor
                                              120 N. LaSalle St. #1140
                                              Chicago, IL  60602
                                              (312) 239-3432
                                              bankruptcy@rsmalaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Case No: 19-34439 |
| Elizabeth V. Grossnickle-Valencia, | Chapter: 13 |
| Debtor. | Hon. Judge: LaShonda A. Hunt |

## CERTIFICATE OF SERVICE

The undersigned states that on October 7, 2020, copies of the **Notice of Forbearance Agreement** were served upon the following parties:

| | | |
|---|---|---|
| Debtor | Debtor's Counsel | Chapter 13 Trustee |
| Elizabeth V. Grossnickle-Valencia | David M. Siegel | Glenn B. Stearns |
| 1591 Hewes Street | 790 Chaddick Drive | 801 Warrenville Road |
| Crete, IL 60417 | Wheeling, IL 60090 | Suite 650 |
| | | Lisle, IL 60532 |

U.S Trustee
Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Via first class mail, with proper postage affixed thereto to Debtor and via the Court's CM-ECF electronic filing system to Debtor's Attorney, Chapter 13 Trustee, and US Trustee.

The above is true to the best of my information, knowledge and belief.

         */s/ Matthew Grubba*
         Matthew Grubba
         Randall S. Miller & Associates, P.C.
         43252 Woodward Avenue, Suite 180
         Bloomfield Hills, MI 48302
         (248) 335-9200
         mgrubba@rsmalaw.com